IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ANNIE PARRETT,

Plaintiff,

v.  Case No. 2:21-cv-2281-MSN-atc

NICHOLAS D. MCLAURIN, and
TOTAL TRANSPORTATON OF
MISSISSIPPI, LLC,

Defendants.

---

### ORDER OF RETURN FOR REASSIGNMENT

---

This Court hereby recuses itself in this matter and returns this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED** this 4th day of March 2022.

*s/ Mark Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE